

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-18-00257-CR

DONALD RAY MCCRAY, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. 70,652-C, Honorable Ana Estevez, Presiding

July 27, 2018

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant Donald Ray McCray, proceeding *pro se*, filed a notice of appeal from a purported judgment.[1]  However, no pronouncement of sentence or appealable order has been entered by the trial court.  Questioning whether we have jurisdiction over the appeal, we directed appellant to address the matter.  In response, appellant has requested a 45-day extension to "file notice pursuant to the outline of Rule 38.1 of the Appellate

---

[1] Appellant has previously filed five notices of appeal in this criminal case: cause numbers 07-16-00020-CR, 07-16-00444-CR, 07-17-00058-CR, 07-17-00258-CR, and 07-18-00011-CR.  We dismissed the appeals for want of jurisdiction.

Procedure." Rule 38.1 of the Texas Rules of Appellate Procedure pertains to the filing of an appellate brief, specifying the issues for substantive review by this court. If we have no jurisdiction over the appeal, we cannot review issues raised in such a brief. Because appellant's need for an extension is baseless, we deny his request.

As we stated in *Kerr v. State,* No. 07-13-00128-CR, 2014 Tex. App. LEXIS 12850, at *9 (Tex. App.—Amarillo Nov. 25, 2014, no pet.) (mem. op., not designated for publication), "[w]hen no sentence is pronounced, there is no valid judgment or conviction from which to appeal." Given the absence of either an oral pronouncement of sentence or an appealable order, we have no jurisdiction over the appeal. Therefore, we dismiss the appeal for want of jurisdiction.

Per Curiam

Do not publish.